IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
WESLEY A. NEWHOUSE,               :
              Plaintiff,          :
          v.                      :   Case No. 3:06-cv-89-KRG-KAP
COMMONWEALTH OF PENNSYLVANIA      :
and PENNSYLVANIA DEPARTMENT OF    :
CORRECTIONS,                      :
              Defendants          :
```

### MEMORANDUM ORDER

This matter is referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

On January 4, 2007, the Magistrate Judge filed a Report and Recommendation, docket no. 25, recommending that the plaintiff's Motion for Emergency Medical Treatment, docket no. 23, be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. No objections have been filed, and the time to do so has expired.

After review of the record and the Report and Recommendation, and noting the lack of objections thereto, the following order is entered:

AND NOW, this __31st__ day of January, 2007, it is

ORDERED that plaintiff's Motion for Emergency Medical Treatment, docket no. 23, is denied for the reasons set forth in the Report and Recommendation, which is adopted as the Opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF